UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARDNEY,<br><br>  Plaintiff,<br><br>  v.<br><br>F.B.HAWS, et al.,<br><br>  Defendants. | NO. CV 07-6131-SVW (AGR)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

   On November 8, 2007, Plaintiff, an inmate proceeding *in forma pauperis*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  On November 27, 2007, in accordance with the mandate of the Prison Litigation Reform Act of 1995, the Court screened the complaint and issued an Order Dismissing Complaint With Leave to File Amended Complaint.  The Order set forth deficiencies in Plaintiff's complaint and ordered that if Plaintiff chooses to file a First Amended Complaint, it must be filed no later than 30 days from the date of the Order, January 7, 2008.

   On December 31, 2007, Plaintiff filed a First Amended Complaint and a Notice of Change of Address.

On January 31, 2008, the Court screened the First Amended Complaint and issued an Order Dismissing Complaint With Leave to File Amended Complaint. The Order set forth deficiencies that remained and ordered that if Plaintiff chooses to file a Second Amended Complaint, it must be filed no later than March 31, 2008. The Order warned Plaintiff that "[i]f he fails to timely file a Second Amended Complaint or fails to remedy the deficiencies of his Complaint as discussed in this Order, the Court will recommend that the action be dismissed without prejudice for failure to prosecute." (Docket No. 10.)

On February 15, 2008, Plaintiff filed a Notice of Change of Address.

On March 31, 2008, Plaintiff filed a Notice to Clerk in which he stated that he had not received anything from the Court after filing his First Amended Complaint on December 31, 2007.

On April 7, 2008, this Court issued an Order that granted Plaintiff an extension of time to May 7, 2008, to file a Second Amended Complaint. The Order directed the Clerk to provide Plaintiff another copy of the Order filed January 31, 2008, and a blank Central District civil rights complaint form. The Order again warned Plaintiff "that if he fails to timely file a Second Amended Complaint or fails to remedy the deficiencies of his Complaint as discussed in the Order of January 31, 2008, the Court will recommend that the action be dismissed without prejudice for failure to prosecute." (Docket No. 12.)

To date, Plaintiff has not filed a Second Amended Complaint and has not otherwise responded to the Court's Order dated April 7, 2008.

Accordingly, IT IS ORDERED that, on or before **June 26, 2008**, Plaintiff shall show good cause, if there be any, why this action should not be dismissed without prejudice for failure to prosecute, failure to comply with a court order and/or failure to state a claim. ***Filing a Second Amended Complaint on or before June 26, 2008, shall be deemed compliance with this Order to Show Cause.*** If Plaintiff chooses to file a Second Amended Complaint, it must bear the

1 docket number assigned in this case; be labeled "Second Amended Complaint";
2 and be complete in and of itself without reference to the original complaint, or any
3 other pleading, attachment or document.  Further, if Plaintiff chooses to proceed
4 with this action, he must use the blank Central District civil rights complaint form
5 accompanying this order, must sign and date the form, must completely and
6 accurately fill out the form, and must use the space provided in the form to set
7 forth all of the claims he wishes to assert.

8      IT IS FURTHER ORDERED that the Clerk is directed to mail Plaintiff
9 another copy of the Order filed January 31, 2008, and the Order filed April 7,
10 2008, as well as a blank Central District civil rights complaint form.

11      ***If plaintiff does not timely file a Second Amended Complaint no later***
12 ***than June 26, 2008, or if Plaintiff fails to respond to this Order to Show***
13 ***Cause, the Court will recommend that the action be dismissed without***
14 ***prejudice for plaintiff's failure to prosecute and/or failure to comply with a***
15 ***court order.***  See Link v. Wabash R.R., 370 U.S. 626, 629-30, 82 S. Ct. 1386, 8
16 L. Ed. 2d 734 (1962).

Date: May 27, 2008

                          /s/ Alicia G. Rosenberg
                          ALICIA G. ROSENBERG
                          United States Magistrate Judge